```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :       CRIMINAL
                              :
         v.                   :
                              :
JONATHAN BERBERENA            :       NO. 09-95
```

ORDER

AND NOW, this 28th day of July, 2009, upon consideration of Berberena's motion to dismiss the indictment (docket entry #23), the Government's response, the reply thereto, and for the reasons in the accompanying Memorandum, it is hereby ORDERED that the defendant's motion is in all respects DENIED.

BY THE COURT:

\_\s\Stewart Dalzell